# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RONALD T. WHITAKER, SR.,** : | CIVIL ACTION NO. 1:08-CV-0627 |
| **Co-Administrator of the Estate of** : | |
| **Ronald Taylor Whitaker, Jr.,** *et al.*, : | |
| : | |
| **Plaintiffs** : | (Judge Conner) |
| : | |
| v. : | |
| : | |
| **SPRINGETTSBURY** : | |
| **TOWNSHIP,** *et al.*, : | |
| : | |
| **Defendants** : | |

## ORDER

AND NOW, this 4th day of December, 2008, upon consideration of the personnel file of officer Gary Utter ("Utter"), which was produced *in camera* pursuant to the order of court (Doc. 27) dated November 14, 2008,[1] and it appearing that Utter's personnel file contains no pre-incident psychological documentation that is discoverable or relevant to the above-captioned litigation, it is hereby ORDERED that plaintiffs' request that defendants produce "post-incident counseling records" is DENIED as moot.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] The court's order of November 14, 2008, required defendants to produce officer Utter's personnel file so that the court could review the file *in camera* to confirm that it contained no pre-hire psychological evaluations, nor any post-hire, pre-incident evaluations, which might be discoverable. (See Doc. 27 at 7.)