**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **RONALD T. WHITAKER, SR.,** : | CIVIL ACTION NO. 1:08-CV-0627 |
| **Co-Administrator of the Estate of** : | |
| **Ronald Taylor Whitaker, Jr.,** *et al.*, : | (Judge Conner) |
| : | |
| **Plaintiffs** : | |
| : | |
| v. : | |
| : | |
| **SPRINGETTSBURY** : | |
| **TOWNSHIP**, *et al.*, : | |
| : | |
| **Defendants** : | |

## ORDER

AND NOW, this 10th day of August, 2009, upon consideration of the order (Doc. 46) of court dated June 26, 2009, which instructed plaintiffs to "forthwith retain substitute counsel," (see id. ¶ 2), and to "file a response indicating whether substitute counsel has been retained" on or before July 26, 2009, (see id.), and it appearing that plaintiffs have failed to retain new counsel as of the date of this order, it is hereby ORDERED that:

1. The time within which plaintiffs may retain substitute counsel is EXTENDED until **Wednesday, August 24, 2009**. On or before that date, plaintiffs shall either obtain new counsel, or notify the court if they wish to proceed *pro se*. Failure to retain new counsel and/or to notify the court of their intentions will result in the court deeming that the plaintiffs are proceeding in this matter *pro se*.

2.   The Clerk of Court is instructed to serve a copy of this order on plaintiffs via certified mail at the following addresses:

Ronald T. Whitaker, Sr.
2878 Lincoln Highway East
Ronks, Pennsylvania 17572

Dalea Lynn
513 Hellam Street
Wrightsville, Pennsylvania 17368


  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge