## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RONALD T. WHITAKER, SR.,        :
Co-Administrator of the Estate of    :    CIVIL ACTION NO. 1:08-627
Ronald Taylor Whitaker, Jr., *et al.*,  :
                       :    (Judge Christopher C. Conner)
      Plaintiffs,          :
                       :
     v.               :
                       :
SPRINGETTSBURY TOWNSHIP, *et al.*,  :    Filed Electronically
                       :
      Defendants.        :

## DEFENDANT GARY UTTER'S
## MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56(b), Defendant Officer Gary

Utter, by and through his undersigned counsel, and for the reasons set forth in the

accompanying Brief in Support of Defendant Utter's Motion for Summary

Judgment and supporting Defendants' Joint Concise Statement of Uncontested

Facts, hereby moves for the entry of summary judgment in his favor and the

dismissal of all of Plaintiffs' claims against him, with prejudice.

-2-

Officer Utter respectfully submits, as outlined in the accompanying Brief, that there is no genuine issue of material facts and that he is entitled to judgment as a matter of law.

Respectfully submitted,

/s/ David J. MacMain
David J. MacMain, Esquire
Janelle E. Fulton, Esquire
LAMB MCERLANE PC
24 East Market Street, Box 565
West Chester, PA  19381-0565
(610) 701-3263
*Attorneys for Defendant, Gary Utter*

## <u>CERTIFICATE OF CONCURRENCE/NONCONCURRENCE</u>

I, David J. MacMain, attorney for Defendant Officer Gary Utter, hereby

certify that concurrence in the foregoing motion was sought, but not obtained, from

Matthew Weisberg, Esquire, counsel for Plaintiffs.  Defendants Springettsbury

Township, Springettsbury Township Police Department, and Chief of Police David

Eshbach concur in this Motion.

/s/ David J. MacMain
David J. MacMain
LAMB MCERLANE PC
24 East Market Street, Box 565
West Chester, PA  19381-0565
(610) 701-3263
*Attorneys for Defendant, Gary Utter*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of September 2009, I caused a true and

correct copy of the foregoing Defendant Officer Gary Utter's Motion for Summary

Judgment to be served upon the following via the ECF system of the United States

District Court for the Middle District of Pennsylvania:

> Matthew B. Weisberg, Esquire
> Prochniak & Weisberg P.C.
> 7 South Morton Avenue
> Morton, PA  19070
> mweisberg@ppwlaw.com
> *Counsel for Plaintiffs*

> Brian P. Gabriel, Esquire
> Campbell Durrant Beatty Palombo & Miller, P.C.
> 555 Grant Street, Suite 310
> Pittsburgh, PA  15219
>  bgabriel@cdblaw.com
> *Attorneys for Defendants, Springettsbury Township,*
> *Springettsbury Township Police Department,*
> *Chief of Police David Eshbach*

This *Certificate of Service* and the said filing are intended to be available for

viewing and downloading from the ECF system of the United States District Court

for the Middle District of Pennsylvania.

/s/ David J. MacMain
David J. MacMain