## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD T. WHITAKER, SR., Co-Administrator of the Estate of Ronald Taylor Whitaker, Jr., et al., | : : : : | CIVIL ACTION NO. 1:08-627 |
| | : | (Judge Conner) |
| Plaintiffs, | : : | |
| v. | : : | |
| SPRINGETTSBURY TOWNSHIP, et al., | : : | Filed Electronically |
| Defendants. | : | |

### ORDER

AND NOW, this _____ day of _____ 2009, upon consideration of Defendants' Motions for Summary Judgment, and any response thereto, it is hereby ORDERED that said Motions are GRANTED, and JUDGMENT is entered in favor of Defendants and against Plaintiffs *with prejudice*.

                                                                    _____
                                                                    CHRISTOPHER C. CONNER
                                                                    United States District Judge

2410822v1