IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD T. WHITAKER, SR., Co-Administrator of the Estate of Ronald Taylor Whitaker, Jr., et al., | : : : : | CIVIL ACTION NO. 1:08-627 |
| Plaintiffs, | : : : | (Judge Christopher C. Conner) |
| v. | : : | |
| SPRINGETTSBURY TOWNSHIP, et al., | : : | Filed Electronically |
| Defendants. | : | |

**APPENDIX TO DEFENDANTS'
JOINT CONCISE STATEMENT OF MATERIAL FACTS**

Pursuant to Local Rule 56.1 of the United States District Court for the Middle District of Pennsylvania, Defendants Springettsbury Township, Springettsbury Township Police Department, Chief of Police David Eshbach and Officer Gary Utter, by and through their undersigned counsel, submit the following Appendix to Defendants' Joint Concise Statement of Material Facts in support of their Joint Motion for Summary Judgment.

| Exhibit | Description |
|---|---|
| A | Documents subpoenaed by Plaintiffs from PA State Police |
| B | Documents produced by Springettsbury Township during discovery |
| C | Excerpts and exhibits from Ronald T. Whitaker, Sr.'s deposition |
| D | Excerpts and exhibits from Dalea Lynn's deposition |

| | |
|---|---|
| E | Excerpts from David Eshbach's first deposition ("Eshbach I") |
| F | Excerpts from Gary Utter's deposition |
| G | Excerpts from David Eshbach's second deposition ("Eshbach II") |
| H | Declaration of David C. Eshbach and attached exhibits |
| I | Excerpts from James Miller's deposition |
| J | Excerpts from Christopher Ford's deposition |
| K | Excerpts from John Krentz's deposition |
| L | Excerpts from Gregory Witmer's deposition |
| M | Excerpts from William Polizzotto, Jr.'s deposition |

CAMPBELL DURRANT BEATTY
 PALOMBO & MILLER, P.C.

By:   s/ Brian P. Gabriel
     Brian P. Gabriel (PA 73132)
     555 Grant Street, Suite 310
     Pittsburgh, PA  15219
     TEL: (412) 395-1280
     FAX: (412) 395-1291
     bgabriel@cdblaw.com
     *Attorneys for Defendants,*
     *Springettsbury Township,*
     *Springettsbury Township PD,*
     *Chief David Eshbach*

LAMB MCERLANE PC

By:   s/ David J. MacMain
     David J. MacMain (PA 59320)
     Janelle E. Fulton (PA 80027)
     24 East Market Street, Box 565
     West Chester, PA  19381-0565
     TEL:  (610) 430-8000
     FAX:  (610) 692-0877
     *Attorneys for Defendant*
     *Gary Utter*

Dated:   <u>September 3, 2009</u>

# **CERTIFICATE OF ELECTRONIC SERVICE**

We hereby certify that on this 3rd day of September 2009, we caused a true and correct copy of the foregoing Appendix to Defendants' Joint Concise Statement of Material Facts to be served upon the following via the ECF system of the United States District Court for the Middle District of Pennsylvania:

Matthew B. Weisberg, Esquire
Prochniak & Weisberg P.C.
7 South Morton Avenue
Morton, PA  19070
mweisberg@ppwlaw.com
*Counsel for Plaintiffs*

| CAMPBELL DURRANT BEATTY PALOMBO & MILLER, P.C. | LAMB MCERLANE PC |
|---|---|
| By:   s/ Brian P. Gabriel<br>       Brian P. Gabriel<br>       PA 73132<br>       555 Grant Street, Suite 310<br>       Pittsburgh, PA  15219<br>       TEL: (412) 395-1280<br>       FAX: (412) 395-1291<br>       bgabriel@cdblaw.com<br><br>Attorneys for Defendants,<br>Springettsbury Township,<br>Springettsbury Township PD,<br>Chief David Eshbach | By:   s/ David J. MacMain<br>David J. MacMain (PA 59320)<br>Janelle E. Fulton (PA 80027)<br>24 East Market Street - Box 565<br>West Chester, Pennsylvania  19381<br>TEL:  (610) 430-8000<br>FAX:  (610) 692-0877<br><br>Attorneys for Defendant Gary Utter |