# Weisberg Law, P.C.
## also t/a Consumer Justice Alliance
*Attorneys at Law*

**7 South Morton Avenue**
**Morton, Pennsylvania 19070**
**Ph: 610.690.0801**
**Fax: 610.690.0880**

Philadelphia County, Pennsylvania
1500 Walnut St., Ste. 1100
Philadelphia, PA 19102

Camden County, New Jersey
Two Aquarium Dr., Ste. 200
Camden, NJ 08103

Web-Site: www.weisberglawoffices.com
E-Mail: mweisberg@weisberglawoffices.com

Matthew B. Weisberg*^
Rebecca M. Steiger~
Paul A. Gallagher~
Robert P. Cocco~+

*NJ & PA Office Manager
^Licensed in PA & NJ
~Licensed in PA
+Of Counsel

*Friday, November 13, 2009*

Magistrate Judge Martin C. Carlson
Federal Building and U.S. Courthouse
228 Walnut Street
P.O. Box 826
Harrisburg, PA 17108

      RE:    <u>Ronald T. Whitaker, Sr., et al v. Springettsbury Township, et al</u>
              No.: 08-0627

Dear Judge Carlson,

      Per Plaintiff's Omnibus Response in Opposition to Defendants' Motion for Summary Judgment, kindly see attached Exhibit A-Video.

      To view: (1) run the "Viewer"; and then (2) open and click on the attached file, which is the video itself.

      As we are unaware of a mechanism to formally append this to our Response per the docket (i.e., ECF is unavailable for this video), we respectfully request this Honorable Court make some form of docket notation (perhaps minute entry) so as preserve this video on the record. If the Court is aware of a device to formally docket, we, of course, will comply upon the Court's directive. We apologize for requesting the Court assist with somehow docketing the Court's review of the video, but we are at a loss as to how to unilaterally docket this video.

      Thank you for the Court's consideration of this video as an exhibit to Plaintiff's Response, and for (some form of) docketing same.

                                    Sincerely,

                                      MATTHEW B. WEISBERG

MBW/hcm
Enclosure
Cc:    Brian P. Gabriel, Esq. (w/o Encl.)
        David J. MacMain, Esq. (w/o Encl.)