**LAW OFFICES OF LAMB McERLANE PC**

24 EAST MARKET STREET, BOX 565, WEST CHESTER, PA 19381-0565

David J. MacMain
dmacmain@chescolaw.com

Telephone (610) 701-3263
Facsimile (610) 692-0877

November 25, 2009

**VIA FEDERAL EXPRESS**

The Clerk of Court
The United States District Court
   for the Middle District of Pennsylvania
Federal Building & U.S. Courthouse
228 Walnut Street
Harrisburg, PA 17108

FILED
HARRISBURG, PA
NOV 3 0 2009
MARY E. D'ANDREA, CLERK

Re: *Whitaker, et al v. Springettsbury Township, et al.*
USDC for MD of Pa - 1:08-cv-00627

Dear Sir or Madam:

    I represent Defendant Officer Gary Utter in the above-referenced matter, which is assigned to the Honorable Christopher C. Conner and the Honorable Martin C. Carlson. Enclosed for filing is a compact disc containing Exhibits 1 and 7 to Defendants' Reply to Plaintiffs' Brief in Opposition to Defendants' Motions for Summary Judgment, which was filed electronically on this date. Exhibit 1 is surveillance video from Springettsbury Police Department, and Exhibit 7 is a portion of the videotaped deposition of Officer Gary Utter.

    Defendants have also sent a courtesy copy of this compact disc directly to Magistrate Judge Carlson's chambers.

    Please let me know if you have any questions or concerns. Thank you.

Very truly yours,

David J. MacMain

DJM/bms
Enclosure

cc: Matthew B. Weisberg, Esquire (by Federal Express w/enclosure)
    Brian Gabriel, Esquire (by regular mail w/o enclosure)