1:08-cv-627

December 4, 2009

    I am formally requesting a copy of the compact disc that has been entered as evidence in the civil case of Ronald L. Whitaker Sr. et al v. Springettsbury Township Police Dept. et al. According to court documents available on PACER, the CD contains the police surveillance video from July 7, 2007, and the deposition of defendant Gary Utter, and I am requesting a full copy of both such sections. Also according to the documentation on PACER, which contained filings dated up to 12/3/09, there have been no motions to seal this evidence filed, nor had the judge ordered such an action. Because evidence in trials is presumptively public according to the U.S. and Pennsylvania Constitutions, I believe I am within my rights to request and receive a copy of this evidence.

    I thank the court for its time

and attention in this matter.

Sincerely,

Amy L. Gulli

for the York Daily Record/Sunday News

contact information: 717-771-2041
717-309-1801
717-525-3334
agulli@ydr.com