IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD T. WHITAKER, SR., et al. Co-Administrator of the Estate of Ronald Taylor Whitaker, Jr., et al., | : : : : | NO. 1:08-CV-627 |
| | : | (Judge Christopher C. Conner) |
| Plaintiffs, | : : | (Magistrate Judge Martin Carlson) |
| v. | : : | |
| SPRINGETTSBURY TOWNSHIP, et al., | : : | |
| Defendants. | : | Filed Electronically |

**ORDER**

AND NOW, this 4th day of December 2009, upon consideration of Defendants' Concurred-In Motion to Continue Trial and Pretrial Dates, said Motion is GRANTED, and it is hereby ORDERED that all pretrial and trial dates are continued and will be held in abeyance pending the Court's ruling on Defendants' Motions for Summary Judgment.

FILED
HARRISBURG

DEC 4 2009

MARY E. D'ANDREA, CLERK
Per_____
        Deputy Clerk

_____
Martin C. Carlson
United States Magistrate Judge