# Weisberg Law, P.C.

## also t/a Consumer Justice Alliance

*Attorneys at Law*

**7 South Morton Avenue
Morton, Pennsylvania 19070
Ph: 610.690.0801
Fax: 610.690.0880**

Philadelphia County, Pennsylvania
1500 Walnut St., Ste. 1100
Philadelphia, PA 19102

Camden County, New Jersey
Two Aquarium Dr., Ste. 200
Camden, NJ 08103

*Matthew B. Weisberg*∗^
Rebecca M. Steiger~
Paul A. Gallagher~
Robert P. Cocco~+

∗NJ & PA Office Manager
^Licensed in PA & NJ
~Licensed in PA
+Of Counsel

Web-Site: **www.weisberglawoffices.com**
**E-Mail:** mweisberg@weisberglawoffices.com

*Tuesday, December 22, 2009*

To:  Magistrate Judge Martin C. Carlson

Via ECF and Fax #:  (717) 614-4118

CC:    Brian P. Gabriel, Esq.
       David J. MacMain, Esq.
       **Via ECF Only**

Pages:  1 , including cover page

From:  Matthew B. Weisberg, Esq.

RE:    Ronald T. Whitaker, Sr., et al v. Springettsbury Township, et al
       No.: 08-0627
       _____

Comments:

    Kindly allow this, plaintiffs' status report: (1) plaintiffs take no position on the publication of the subject video; and (2) plaintiffs will not be requesting the opportunity towards rebuttal memorandum re: Motion for Summary Judgment.

    Thank you for this Honorable Court's consideration.