**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Ronald T. Whitaker, Sr.
   2878 Lincoln Highway East
   Ronks, PA 17572

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  *Ronald Whitaker*                        ☐ Agent
                                               ☒ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   Ronald Whitaker                 8/11/09

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7006 0100 0005 1039 2918

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

(1 of 2) 5/10/09 Order (J. Conner)
Whitaker v. Spangenberg (1:08-CV-0627)

**OFFICE OF THE CLERK
U.S. DISTRICT COURT
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA. 17108**