AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT of PENNSYLVANIA

RONALD T. WHITAKER, SR., and DALEA LYNN, Co-Administrators of the Estate of Ronald Taylor Whitaker, Jr., TAYLOR WHITAKER, BRANDI WHITAKER, and CHRISTOPHER HAMMERSTONE,

)
)
)

*Plaintiffs*     )

v.     )     Civil Action No.     1:08-CV-0627

SPRINGETTSBURY TOWNSHIP, SPRINGETTSBURY TOWNSHIP POLICE DEPARTMENT, DAVID ESBACH, and GARY UTTER,     )

(Judge Conner)

FILED
HARRISBURG, PA

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

X   other:   Summary judgment be and is hereby entered in favor of defendants SPRINGETTSBURY TOWNSHIP, SPRINGETTSBURY TOWNSHIP POLICE DEPARTMENT, DAVID ESBACH, and GARY UTTER, and against plaintiffs RONALD T. WHITAKER, SR., and DALEA LYNN, Co-Adminstrators of the Estate of Ronald Taylor Whitaker, Jr., TAYLOR WHITAKER, BRANDI WHITAKER, and CHRISTOPHER HAMMERSTONE, on all claims, in accordance with the order of court (Doc. 91), dated June 7, 2010.

This action was *(check one)*:
☐ tried by a jury with Judge or Magistrate Judge _____ presiding, and the jury has rendered a verdict.
☐ tried by Judge or Magistrate Judge _____ without a jury and the above decision
X   decided by Judge or Magistrate Judge     Judge Christopher C. Conner     on a motion for summary judgment

Date:     Jun 7, 2010

*CLERK OF COURT*     MARY E. D'ANDREA

_____
*Signature of Clerk or Deputy Clerk*